73,971-05

Abel Acosta, Clerk
C.O.C.A. of Texas
P.ost Office Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

Re: Tr. Ct. No. 2008-CR-9408 W-2

Abel Acosta:

Rebuttal to the States Response to applicants Petition for Writ of Habeus Corpus.

In the States Response (STATEMENT OF CASE) It states The applicant, as a habitual offender was convicted.

Habitual offender statute cannot be used to Enhance State Jail felony Primary offense when sentence would be otherwise governed by statutory provisions setting limits on term of confinement and fine for Individual convicted of STATE JAIL Felony. HENRY Vs. STATE (APP 1 DIST 1996) 916 S.W.2d 57, also TR. Ct. No 2009CR9303W the same Primary offense was used to Enhance-Punishment. HERNANDEZ Vs. STATE, 929 S.W. 2d 11 TEX. CRIM. APP. 1996 PER CURIUM

which clearly states, the STATE cannot use the same prior CONVICTION more than ONCE IN the same PROSECUTION IN which It was.

ATTORNEY of Record Pablo Chavez Uresti NEVER RESEARCHED the Plea having Judge Fred Shannon SENTENCE me to 3 yrs T.D.C. making Sentence Illegal, at best MR. URESTI was IN-effective assistance of counsel.

I wish for the Court to consider the above case-law before RENDERING It's decision. Thank you IN advance.


Respectfully Submitted

STEVEN M. GARY.